IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) |
| Sonia Rebeca Juarez, *Debtor* | ) |
| | ) Case No. 21-40229-btf13 |
| Lakeview Loan Servicing, LLC, by M&T Bank, loan servicing agent for *Moving Creditor* | ) |
| | ) Chapter: 13 |
| vs. | ) |
| | ) |
| Sonia Rebeca Juarez, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Richard Fink, *Trustee* | ) |

### ORDER GRANTING RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the motion of Lakeview Loan Servicing, LLC, its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay.  The record reflects that Creditor served the motion and related notice and order setting hearing on the debtor and his counsel. Based upon the pleading filed and the case docket, it appears that Creditor served the motion on the debtor, debtor's counsel, and the trustee, among others; the Court's Notice and Order setting the response deadline and hearing were served electronically on the debtor's counsel and the trustee; and no responses or objections to the Motion were filed by the response deadline. Pursuant to Local Rule 4001-1A, the motion is deemed admitted and the court may enter a final order on the motion.  Therefore, Based upon the pleadings filed and the evidence produced,

**IT IS ORDERED** that the motion is GRANTED.  Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

> **Lot 316 Robandee, a subdivision in Kansas City, Jackson County, Missouri, according to the recorded plat thereof,** commonly known as 8505 E 91st Terr, Kansas City, MO 64138,

by any lawful means including by exercise of the power of sale by the Trustee named in the Deed of Trust or by the duly appointed Successor Trustee, if one be appointed by Movant;  enforcing rights to possession

File No. 229605
Case No: 21-40229-btf13

United States Bankruptcy Court
Western District of Missouri
In re: Lakeview Loan Servicing, LLC v. Sonia Juarez
Case No. 21-40229-btf13
Chapter 13
Order Granting Relief From Stay
Page 2

of the premises under the terms of the Promissory Note and Deed of Trust and in accordance with applicable non-bankruptcy state law, and

**IT IS FURTHER ORDERED** that this Order for Relief from the Automatic Stay shall be effective immediately and that there shall not be a stay of enforcement of this Order pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), and

**IT IS FURTHER ORDERED** that Creditor may exercise its remedies available under state law, up to and including foreclosure of its mortgage against Debtor(s) interest in the Property. Creditor may, at its option, contact Debtor(s) by telephone or by written correspondence to offer, provide and enter into a forbearance agreement, deed in lieu of foreclosure, loan modification, refinance agreement or other loan workout/loss mitigation agreement, and

**IT IS FURTHER ORDERED** that Debtor(s) is responsible for obtaining court approval of any future agreements or modifications which constitute the incurrence of debt and Debtor(s) shall be responsible for providing notice of any agreements or modifications which increase or reduce Debtor(s) disposable income and/or which affect the ability of Debtor(s) to perform under the Chapter 13 Plan, and

**IT IS FURTHER ORDERED** that Creditor shall be permitted to communicate with the Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

**IT IS FURTHER ORDERED** that this order shall survive any conversion of this case to a Chapter 7 proceeding.

**IT IS FINALLY ORDERED** that relief from the automatic stay is applicable even if the case is converted, unless otherwise specifically ordered.

**IT IS SO ORDERED.**

File No. 229605
Case No: 21-40229-btf13

United States Bankruptcy Court
Western District of Missouri
In re: Lakeview Loan Servicing, LLC v. Sonia Juarez
Case No. 21-40229-btf13
Chapter 13
Order Granting Relief From Stay
Page 3

Dated: August 9, 2023

                                         /s/ Brian T. Fenimore
                                        Judge, U.S. Bankruptcy Court

SOUTHLAW, P.C.

   *s/ Wendee Elliott-Clement*

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Daniel A. West (MBE#48812; EDMO #98415; KSfd#70587)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 229605
Case No: 21-40229-btf13